PHILIP R. SELLINGER
United States Attorney
DAVID V. SIMUNOVICH
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2736
david.simunovich@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
JARED S. WIESNER
Civil Division
Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-3656
Jared.S.Wiesner2@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BRYAN QUESENBERRY, | HON. RENÉE MARIE BUMB |
| *Plaintiff,* | Civil Action No. 20-13070 (RMB) (KMW) |
| v. | **FILED UNDER SEAL & *EX PARTE*** |
| ARTISTIC TILE, INC., *et al.*, | |
| *Defendants.* | |

## JOINT STIPULATION OF DISMISSAL

WHEREAS on or about June 19, 2020, Relator Bryan Quesenberry, proceeding *pro se*, filed a *qui tam* action in the United States District Court for the District of New Jersey, captioned *United States ex rel. Bryan Quesenberry v. Artistic*

*Tile, Inc., et al.*, Civ. No. 20-13070, pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b).

WHEREAS the United States has filed a notice of intervention in this action for the purposes of settlement.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms of the Settlement Agreement, the United States and the Relator hereby stipulate and agree as follows:

1. The United States, Relator, Defendant Daniel Markus, Inc., and third party Margarita Risis (collectively, the "Settling Parties") have executed a written Settlement Agreement that provides for the dismissal of this action.

2. Relator stipulates that the settlement of this action is fair, adequate, and reasonable under all the circumstances as defined by 31 U.S.C. § 3730(c)(2)(B).

3. Accordingly, the United States and Relator requests that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), this action be dismissed, consistent with the terms and conditions of the Settlement Agreement, (i) with prejudice to Relator as to all claims and all parties, (ii) with prejudice to the United States as to the "Covered Conduct," as defined by the Settlement Agreement, involving Daniel Markus, Inc., and (iii) without prejudice as to the United States' claims against all other named Defendants.

4. Except as otherwise provided in the Settlement Agreement, all parties shall bear their own costs.

5. The parties respectfully request that the Court enter an order in the form of the proposed order attached.

Dated: Newark, New Jersey
March 21, 2022

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

By: */s/ David V. Simunovich*
DAVID V. SIMUNOVICH
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2736
david.simunovich@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
JARED S. WIESNER
Civil Division
Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-3656
Jared.S.Wiesner2@usdoj.gov

BRYAN QUESENBERRY
197 East 100 North, Suite A
Payson, UT 84651
*Relator (pro se)*