PHILIP R. SELLINGER
United States Attorney
DAVID V. SIMUNOVICH
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ  07102
Tel. (973) 645-2736
david.simunovich@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
JARED S. WIESNER
Civil Division
Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 305-3656
Jared.S.Wiesner2@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BRYAN QUESENBERRY,<br><br>*Plaintiff,*<br><br>v.<br><br>ARTISTIC TILE, INC., *et al.*,<br><br>*Defendants.* | HON. RENÉE MARIE BUMB<br><br>Civil Action No. 20-13070 (RMB) (KMW)<br><br>**FILED UNDER SEAL & *EX PARTE*** |

ORDER

The United States and Relator having submitted their joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) and 31 U.S.C. § 3730(b)(1) and for good cause shown, it is on this 12th day of April,

**2022,** hereby ORDERED that,

1. All claims against all defendants in this action be and hereby are dismissed with prejudice to Relator Bryan Quesenberry;

2. All claims in this action be and hereby are dismissed with prejudice to the United States insofar as those claims fall within the meaning of "Covered Conduct" as defined in the parties' settlement agreement and as it relates to Defendant Daniel Markus, Inc.;

3. All claims in this action be and hereby are dismissed without prejudice to the United States insofar as those claims relate to all other named Defendants;

4. The complaint be unsealed;

5. All other contents of the Court's file in this action remain under seal and not be made public or served upon Defendants, except for the United States' Notice of Election to Intervene Against One Defendant and to Decline to Intervene Against Other Defendants, the United States' and Relator's stipulation of dismissal, and this Order, which will be served upon counsel for Daniel Markus, Inc. by the United States;

6. The seal be lifted as to all matters occurring in this action after the date of this Order; and

7. The hearing previously scheduled for April 28, 2022, is hereby CANCELLED.

HON. RENÉE MARIE BUMB
United States District Judge